

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSVALDO MENDOZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　Respondent. | Case No.   CV 09-0645-VAP (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _July 22, 2009_

　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　United States District Judge